```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF IOWA
          CEDAR RAPIDS DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 07-69 |
| vs. ) | |
| ) | |
| JAMES ROBY, ) | |
| ) | |
| Defendant, ) | |
| ) | |

## MOTION FOR SHOW CAUSE HEARING

The United States hereby moves for a show cause hearing in the above matter and states as follows:

1. A debtor's examination was schedule in the above matter for March 3, 2021. (DK #49).

2. On February 22, 2021, the Linn County Sheriff's Office sent a return of service to the United States indicating a diligent service. (Government Exhibit A).

3. The address provided in the exhibit appears to be the correct address. The Defendant has not provided a new address as required by the criminal judgment and 18 U.S.C. § 3612(b)(1)(F).

4. The Deputy Sheriff in his return of service indicates that the Defendant has "many cameras, dogs in the house, no call backs. unable to locate. avoiding service." (Ex. A).

5. The United States had previously attempted to serve Defendant for a debtor's examination and it appears on that occasion and perhaps others he has attempted to avoid service. Previous examinations before the court had to be

1

cancelled because of the inability to effectuate personal service on the Defendant.

6. Defendant owes $361,023.41 as of April 15, 2021.

7. On February 23, 2021, the debtor's examination was cancelled. (DK #51).

8. In paragraph 11 of the plea agreement signed by defendant on August 6, 2007, defendant agrees to submit to a debtor exam whenever requested. (DK #7).

9. In addition to the requirement under the terms of the plea agreement to cooperate with the United States in the collection of his restitution, 18 U.S.C. § 3664(m)(1)(A) states the United States, in collection of restitution, may use the provisions of subchapter C of chapter 227 ( 18 U.S.C. § 3571-3574) and subchapter B of chapter 229 (18 U.S. C. § 3611-3615), in addition to all other available and reasonable means.

10. 18 U.S.C. § 3613(a) allows the enforcement of restitution to include all the practices and procedures for the enforcement of a civil judgment under state and federal law, which includes Rule 69(a)(2) of the Federal Rules of Civil Procedure which includes the discovery from a judgment debtor.

WHEREFORE, the United States respectfully requests the Court set this matter for a hearing at which defendant should show cause as to why he should not be found in contempt for failing to submit for a debtor's examination at the request of the United States, and further requests a debtor examination to take place immediately after said hearing. The United States further requests, the Court direct the United States Marshal to secure defendant's presence at the hearing.

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By: s/Martin J. McLaughlin

MARTIN J. McLAUGHLIN
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
Marty.McLaughlin@usdoj.gov
319-363-6333
319-363-1990  (Fax)